### *PARISH OF ORLEANS* vs. *KENNEDY.*

APPEAL from the court of the first district.

MARTIN, J., delivered the opinion of the court. The petition alleges that by an act of the legislature in 1805, the clerk of the court of the county of Orleans, was directed to collect an additional fee of two dollars on every suit, and pay the same into the county treasury, and the judge was allowed a salary of $1800 out of the said treasury ; that in 1807, county courts being abolished, a city court was established, and the same salary was provided for the city, as was given to the county judge, and the two dollar fee was directed to be charged on all suits in the city, as it was in the county court, and by an act of assembly, in 1813, a parish court was established in the parish of Orleans, to the

The fee of two dollars imposed as a tax on suits in the parish of Orleans, ceased to be demandable after the act of 1813.

East'n. District. judge of which, was assigned the same duties
June, 1826.
and the same salary, payable out of the same
Parish of Or- funds as that of the judge of the city court;
leans
vs. that in the year 1821, the part of the act of
Kennedy. 1805, which established the two dollars fee
was repealed; that the defendant was clerk
of the county, city and parish courts afore-
said, and is liable for the said fee on every
suit instituted in said courts before the last
cited act of 1821, &c.

The general issue was pleaded, the defen-
dant had judgment, and the plaintiffs appealed.


The only question submitted to us is
whether the two dollar fee continued exigible
after the passage of the act of 1813.

We think this act establishes a new court.
It provides that the court shall consist of one
judge, learned in the laws, who is to exercise
within the parish a concurrent jurisdiction
with the district court in civil cases.

It is true the fourth section assigns to him, in
all other respects the same functions, and en-
titles him to receive out of the same funds, the
same salary as was assigned to the city judge.

The funds here referred to, are those of the
parish; not the amount of the two dollars fee

East'n. District.
*June*, 1826.

PARISH OF OR-
LEANS
*vs.*
KENNEDY.

collected on suits; for although these fees were directed to fall into the parish treasury, they did not constitute the fund out of which the city judge himself was to be paid. The treasurer, if he had other monies on hand, could not withhold the city judge's fees, on the ground that no part of the two dollar fee moneys were in the parochial chest. The fees were indiscriminately to be applied to any claim against the parish. It is evident, perhaps, that the fee was imposed to replenish the treasury, at the time it was burdened with the judge's salary; but it does not thence follow that it was peculiarly, much less exclusively, applicable to the payment of the salary.

The state parish and city judge, was a different officer, than the territorial parish and city judge, though the functions of both offices were in some part alike. Had they been quite so, the consequence would not follow *Simile non est idem.*

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Moreau & De Armas* for the plaintiffs, *Mazureau* for the defendant.